August 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET BACKED PASS-THROUGH CERTIFICATES, TOM CROFT, NEW CENTURY MORTGAGE CORPORATION, AND CARRINGTON MORTGAGE SERVICES, LLC,

Appellants

NO. 14-13-00435-CV            V.

MARY ELLEN WOLF AND DAVID WOLF, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, Appellees

_____

This cause, an appeal from the Order Granting Class Certification, signed May 1, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order that the Order Granting Class Certification of the court below is **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Mary Ellen Wolf and David Wolf, on behalf of Themselves And All Others Similarly Situated.

We further order this decision certified below for observance.